KENNETH B. FINNEY (Bar No. CA BAR NO. 130989)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
REDWOOD DAY SCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND~~ DIVISION

| | |
|---|---|
| REDWOOD DAY SCHOOL, a California nonprofit public benefit corporation.<br><br>Plaintiff,<br><br>v.<br><br>EAST BAY MUNICIPAL UTILITIES DISTRICT, a publicly owned municipal utilities district.<br><br>Defendant. | Case No.: C 04-1868 TEH<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>CMC Date: February 13, 2006<br>CMC Time: 1:30 p.m.<br>Place: 450 Golden Gate Ave.<br>Courtroom 12, 19th Floor<br>San Francisco, CA<br><br>**Hon. Thelton E. Henderson** |

1

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. C 04-1868 TEH

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, through their respective counsel of record, hereby stipulate to the dismissal of this entire action with prejudice. Each party will bear its own costs.

Dated: November 22, 2005

Kenneth B. Finney
HELLER EHRMAN LLP
Attorneys for Plaintiff
REDWOOD DAY SCHOOL

Dated: November 28, 2005

Joel Freid
Office of General Counsel
EAST BAY MUNICIPAL UTILITY DISTRICT
Attorneys for Defendant
EAST BAY MUNICIPAL UTILITY DISTRICT



IT IS SO ORDERED
Judge Thelton E. Henderson

01/27/06

2

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. C 04-1868 TEH

# PROOF OF SERVICE

Re: <u>Redwood Day School v. EBMUD</u>
(United States District Court, Northern District Case No. C 04-1868 TEH)

I declare under penalty of perjury under the laws of the State of California, that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am employed by East Bay Municipal Utility District, and my business address is 375 - 11th Street, Oakland, California 94607-4240.

On January 26, 2006, I served the following document(s):

**STIPULATED DISMISSAL WITH PREJUDICE**

on the following parties in this action, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

Kenneth B. Finney
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
E-mail address:     kfinney@hewm.com

_____     (BY FEDERAL EXPRESS OVERNIGHT DELIVERY): I deposited each such envelope, with delivery fees provided for, in a box regularly maintained by Federal Express.

___X___   (BY E-MAIL): I transmitted the above documents by e-mail to the address(es) and person(s) listed above.

_____     (BY MAIL): I deposited each such envelope, with postage thereon fully paid, in the United States mail at Oakland, California. (I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.)

Executed on January 26, 2006, at Oakland, California.

_____
Venita Higginbotham

W:\300 LITIGATION\310 Court Cases\Redwood Day School\Pleadings\POS.EMAIL.DOC